FILED '08 AUG 29 09:57 USDC-LAE



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NING ZHANG ) | No.: | |
|     Plaintiff ) | Civil Action | **08-4307** |
| ) | | |
| versus ) | Section | |
| ) | Judge | **SECT I MAG 2** |
| CHINA OCEAN SHIPPING ) | | |
| GROUP COMPANY ) | Magistrate | |
|     Defendant ) | Magistrate Judge | |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Ning Zhang, who for his Complaint respectfully avers:

1.

Plaintiff, Ning Zhang, is a person of the full age of majority and a citizen of the Peoples Republic of China.

2.

Named Defendant is China Ocean Shipping Group Company ("COSCO"), an entity organized and existing under the laws of the Peoples Republic of China, with its principal place of business in Beijing, China.

✓ Fee _350._
✓ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No_____

1

3.

This Court has jurisdiction under 28 U.S.C. § 1331(1), and this claim is brought under 28 U.S.C. § 688 (the "Jones Act"), and the provisions of the general maritime law.

4.

At all material times herein Mr. Ning Zhang was employed by COSCO as a Jones Act seaman.

5.

Mr. Zhang was permanently assigned by COSCO to work aboard the M/V COS CHERRY. The M/V COS CHERRY is a large ocean going bulk carrier vessel that at all times was owned, operated, and controlled by COSCO.

6.

On or about October 6, 2007, while working aboard the M/V COS CHERRY approaching the Mississippi River in the territorial waters of Louisiana, Mr. Zhang was cleaning a cargo area when an unsecured mechanized crane caught his clothing and entrapped and crushed him within the machinery.

7.

As a result of this incident, Mr. Zhang suffered serious and permanent injuries, including but not limited to, avulsion and degloving of his abdominal area and adjacent tissue, as well as related injuries to his upper and lower extremities.

8.

A proximate cause of the incident and injuries alleged herein was the negligence and fault of COSCO through its agents, servants, employees, and the vessel, as follows:

a) Failing to properly train and/or supervise its employees;
b) Failing to properly operate the vessel and its appurtenances;
c) Failing to properly secure the vessel and its appurtenances;
d) Failing to maintain the vessel and its appurtenances;
e) Failing to provide adequate and safe gear, equipment, and appurtenances on the vessel;
f) Failing to provide an adequate and competent crew;
g) Failing to comply with applicable rules and regulations promulgated by OSHA, the United States Coast Guard, and/or other governmental and/or quasi-governmental agencies;
h) Ordering Plaintiff to perform work that posed a danger to his physical well-being;
i) Failing to do what it should have done to have prevented the incident;
j) Failing to provide a seaworthy vessel;
k) Failing to provide Plaintiff with a safe place to work;
l) Failing to provide Plaintiff with reasonable working conditions; and
m) All other acts of negligence and fault that will be proven at trial.

9.

The incident was caused by no fault of Mr. Zhang, and was caused by the sole fault and negligence of COSCO. At all material times Mr. Zhang was located on the vessel where he was ordered to be and performing the duties and functions he was instructed and obligated to perform pursuant to the directives of COSCO.

10.

As a result of said negligence, Mr. Zhang brings an action for damages that includes, but is not limited to: (a) physical pain and suffering, past, present and future; (b) mental suffering, past, present and future; (c) loss of wages and/or loss of earning capacity, past, present and future; (d) scarring and disfigurement; (e) disability; (f) loss of fringe benefits; (g) medical expenses, past, present and future; and (h) loss of enjoyment of life.

11.

COSCO has a duty to provide Mr. Zhang with past, present, and future maintenance and cure.

WHEREFORE, Plaintiff, Ning Zhang, respectfully prays that his Complaint be deemed good and sufficient, and that Defendant, China Ocean Shipping Group Company, be duly served and cited with a copy of this Complaint, and that it be made to appear and answer same within the delays allowed by law, and that after all due and legal proceedings are had herein, for the reasons set forth herein, that there be Judgment entered in favor of Plaintiff, Ning Zhang, and against the Defendant, China Ocean Shipping Group Company, in an amount that is reasonable under the premises, and together with all costs of these proceedings, for legal interest from the date of judicial demand until paid, and for all general and equitable relief.

Respectfully submitted:

_____
THOMAS A. GENNUSA, II, T.A. (6010)
JOSEPH S. PIACUN (25211)
Gennusa, Piacun & Ruli
4405 North I-10 Service Road, Suite 200
Metairie, Louisiana 70006-6564
Telephone: (504) 455-0442
Facsimile: (504) 455-7565
Email: tgennusa@gprlawyers.com
**Attorneys for Plaintiff,**
**Ning Zhang**