UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

_____

|  |  |
|---|---|
| NING ZHANG | ) |
|          **Plaintiff,** | ) |
| | ) |
| versus | ) |
| | ) |
| CHINA OCEAN SHIPPING | ) |
| GROUP COMPANY | ) |
| | ) |
|        **Defendant.** | ) |

)
)
)
)
)
)
)
)
)
)

C.A. NO: 08-4307

Section: I

Magistrate: 2

_____)

**ANSWER AND DEFENSES**
**OF COSCO (SINGAPORE) PTE. LTD.**

    **NOW INTO COURT**, through undersigned counsel, comes COSCO (Singapore) Pte.

Ltd. ("COSCO Singapore"), sought to be made defendant herein, and for its response to the

Amended Complaint filed on behalf of Ning Zhang ("Plaintiff") on March 23, 2009, alleges and

avers as follows:

**FIRST DEFENSE**

    The Amended Complaint fails to state a claim or cause of action against COSCO

Singapore upon which relief can be granted.

## SECOND DEFENSE

This Honorable Court lacks jurisdiction over the person of COSCO Singapore.

## THIRD DEFENSE

Venue of this action before the United States District Court for the Eastern District of Louisiana is improper.

## FOURTH DEFENSE

The dispute embraced in the Amended Complaint fall within the scope of contract(s) or agreement(s) that contain mandatory choice of law, choice of forum and/or arbitration clauses which require that this matter be resolved exclusively in a country other than the United States.

## FIFTH DEFENSE

The United States District Court for the Eastern District of Louisiana is not a proper forum for the resolution of the instant litigation, as there is a more convenient forum under the doctrine of *forum non conveniens*.

## SIXTH DEFENSE

Process and service of process are insufficient and improper.

## SEVENTH DEFENSE

**AND NOW**, with respect to the particular allegations contained in the Amended Complaint, COSCO Singapore alleges and avers as follows:

-2-

1.

The allegations contained in Paragraph 1 of the Amended Complaint do not require a response from COSCO Singapore; however, should this Honorable Court deem a response thereto necessary, such allegations are admitted.

2.

The allegations contained in Paragraph 2 of the Amended Complaint are admitted.

3.

The allegations contained in Paragraph 3 of the Amended Complaint are denied.

4.

The allegations contained in Paragraph 4 of the Amended Complaint state conclusions of law which require no response from COSCO Singapore; however, should this Honorable Court deem a response thereto necessary, such conclusions are admitted.

5.

The allegations contained in Paragraph 5 of the Amended Complaint are denied.

6.

The allegations contained in Paragraph 6 of the Amended Complaint are denied, except to admit that, at the time of the accident herein, Plaintiff was assigned to work on the M/V COS CHERRY, an ocean-going bulk carrier owned, operated and/or controlled by COSCO Singapore.

7.

The allegations contained in Paragraph 7 of the Amended Complaint are denied, except to admit that on or about October 6, 2007, Plaintiff was injured on board the M/V COS CHERRY as a result of an accident.

NO DZ 252256 v1
2906225-000003 09/11/2009

8.

The allegations contained in Paragraph 8 of the Amended Complaint are denied except to admit that Plaintiff suffered injuries as a result of an accident.

9.

The allegations contained in Paragraph 9 of the Amended Complaint are denied.

10.

The allegations contained in Paragraph 10 of the Amended Complaint are denied.

11.

The allegations contained in Paragraph 11 of the Amended Complaint are denied.

12.

The allegations contained in Paragraph 12 of the Amended Complaint are denied.

13.

The allegations contained in Paragraph 13 of the Amended Complaint are denied.

14.

The prayer for relief contained in the last paragraph of the Amended Complaint is denied.

15.

All allegations contained in the Amended Complaint are denied unless specifically admitted.

## **EIGHTH DEFENSE**

**AND NOW FURTHER ANSWERING THE AMENDED COMPLAINT**, COSCO Singapore avers in the alternative, and in the alternative only, that should this Honorable Court find that Plaintiff actually suffered injuries or damages as alleged, which is specifically denied,

-4-

then said injuries and damages were caused by the negligence, fault, last clear chance, assumption of risk, and/or inattention of Plaintiff, and/or the negligence, fault, strict liability of others, or other facts or conditions, for whom or for which COSCO Singapore may not be held responsible, for none of which may Plaintiff have recovery herein against COSCO Singapore.

## NINTH DEFENSE

**AND NOW FURTHER ANSWERING THE AMENDED COMPLAINT**, COSCO Singapore further avers in the alternative, and in the alternative only, that should this Honorable Court find that Plaintiff suffered injuries or damages as alleged consequent upon the fault of any party or the unseaworthiness of any vessel for whom or for which COSCO Singapore may be held liable, all of which is specifically denied, then said injuries or damages were caused by and/or contributed to and/or aggravated by the negligence, fault, last clear chance, assumption of risk, and/or inattention of Plaintiff, and/or the negligence, fault, strict liability of others for whom or for which COSCO Singapore may not be held liable, and/or by an Act of God, a pre-existing condition, an inevitable accident, or other circumstances not attributable to COSCO Singapore, and COSCO Singapore is entitled to have any award or recovery due to Plaintiff barred, mitigated, or reduced accordingly.

## TENTH DEFENSE

**AND NOW FURTHER ANSWERING THE AMENDED COMPLAINT**, COSCO Singapore avers in the alternative, and in the alternative only, that should this Honorable Court find that Plaintiff suffered injuries and damages as alleged, which is specifically denied, then Plaintiff has failed to mitigate his damages.

NO DZ 252256 v1
2906225-000003 09/11/2009

**WHEREFORE**, COSCO Singapore prays that this, its Answer and Defenses, be deemed good and sufficient, and that after due process had, there be judgment herein in its favor and against Plaintiff, dismissing the Amended Complaint at his cost, and for recovery of all costs, expenses, and attorneys' fees incurred in defending this matter, and for all such other and further relief as equity and the justice of this cause may require and permit. COSCO Singapore expressly and specifically reserves the right to supplement and/or amend its Answer and Defenses as further information is developed.

Respectfully submitted,

*/s/ Christopher O. Davis*
CHRISTOPHER O. DAVIS (LA# 4722)
DAWEI ZHANG (LA # 20037)
Baker Donelson Bearman, Caldwell
    & Berkowitz, PC
201 St. Charles Ave., Suite 3600
New Orleans, Louisiana  70170
Telephone:  (504) 566-5200
Facsimile:    (504) 636-4000
E-mail:  codavis@bakerdonelson.com
E-mail:  dzhang@bakerdonelson.com
**ATTORNEYS FOR**
**COSCO (SINGAPORE) PTE. LTD.**

NO DZ 252256 v1
2906225-000003 09/11/2009

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2009, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system which will serve by notice of electronic filing to the following:

Thomas A. Gennusa, II
tgennusa@gprlawyers.com
Joseph S. Piacun
Jpiacun@gprlawyers.com

/s/ Christopher O. Davis

-7-